# Exhibit C

# to

# Complaint for Patent Infringement

# Claim Chart[1] for the '554 Patent

---

[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the Patents-in-suit by Defendant's Accused Products as defined in the Complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Plaintiff reserves its right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

# CLAIM CHART

## U.S. PATENT NO. 8,506,554 B1 – CLAIM 12

| Claim 12 | Corresponding Structure in Accused Systems – Medela |
|---|---|
| [12a.1] A vacuum system for applying negative pressure to a wound, the vacuum system comprising; | Medela manufactures Negative Pressure Wound Therapy (NPWT) systems including but not limited to the Invia Liberty and its associated sub products such as the Intelligent Pressure Control and Dynamic Exudate Removal. Medela Negative Pressure Wound Therapy systems use a vacuum system for applying negative pressure to a wound.<br><br>The following exemplifies this limitation's existence in Accused Systems:<br><br>**Benefits of Invia Liberty**<br><br>Invia Liberty NPWT system provides therapy confidence. ✓ Reliable negative pressure delivery and control<br>Invia Liberty simplifies NPWT management. ✓ Intelligent air flow system<br><br>https://www.medela.in/healthcare/products/npwt/invia-liberty<br><br>**Pressure options from -40 to -200 mmHg**<br><br>Pressure options from -40 to -200 mmHg, including preset standard -125 mmHg.<br><br>https://www.medelahealthcare.com/en-US/solutions/negative-pressure-wound-therapy/invia-liberty-npwt-pump |

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

| [12a.2] an enclosure and a vacuum source, the enclosure being attachable to the wound circumference so as to define a confined volume; | Medela NPWT systems contain an enclosure and a vacuum source, the enclosure being attachable to the wound circumference so as to define a confined volume. Under negative pressure, the Invia FitPad suction interface applies mechanical forces to the wound to create an environment that promotes wound healing while connecting to the vacuum source through tubing. This FitPad is flexible and attaches to the wound in order to define a confined volume.<br><br>The following exemplifies this limitation's existence in Accused Systems:<br><br>**Invia FitPad suction interface (single sterile item)**<br><br>• The low profile design and flexible wings of the Invia FitPad permits appropriate placement in difficult anatomic locations.<br><br>• The quick-connecting interface between the dressing tubing and canister tubing provides an easy and secure attachment (2).<br><br>https://www.medela.in/healthcare/products/npwt/invia-npwt-dressings<br><br>**Therapy confidence with ease**<br><br>Combined with the secure2 quick connect tubing attachment and our easy-to-use dressing application, Medela Invia NPWT Systems deliver therapy confidence with ease.<br><br><br><br>https://www.medelahealthcare.com/en-US/solutions/negative-pressure-wound-therapy/invia-dressings-kits |

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

| [12b] a tube; | Medela's Invia Liberty makes use of a tube.<br><br>The following exemplifies this limitation's existence in Accused Systems:<br><br><br><br>https://www.medelahealthcare.com/en-US/solutions/negative-pressure-wound-therapy/invia-liberty-npwt-pump<br><br><br><br>https://www.medelahealthcare.com/en-US/solutions/negative-pressure-wound-therapy/invia-dressings-kits |
|---|---|

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

| | |
|---|---|
| [12c] a venting arrangement comprising a flow restrictor to restrict flow through said venting arrangement, the enclosure having an enclosure outlet connectable to said vacuum source via said tube so that negative pressure can be created in said volume, said venting arrangement located outside said enclosure such that ambient air can enter said tube via said venting arrangement without entering said enclosure; and | Medela NPWT systems contain a venting arrangement comprising a flow restrictor to restrict flow through said venting arrangement, which is a combination of the tubing, the Invia Liberty Pump, and FitPad. The enclosure outlet is connectable to said vacuum source via said tube so that negative pressure can be created in said volume, said venting arrangement located outside said enclosure such that ambient air can enter said tube via said venting arrangement without entering said enclosure.<br><br>This flow restrictor allows the operator of the Invia Liberty to decide how much negative pressure, from -40 to -200 mmHg, should exist inside the wound enclosure.<br><br>The following exemplifies this limitation's existence in Accused Systems:<br><br>**Pressure options from -40 to -200 mmHg**<br><br>Pressure options from -40 to -200 mmHg, including preset standard -125 mmHg.<br><br>https://www.medelahealthcare.com/en-US/solutions/negative-pressure-wound-therapy/invia-liberty-npwt-pump<br><br>**Invia FitPad suction interface (single sterile item)**<br><br>• The low profile design and flexible wings of the Invia FitPad permits appropriate placement in difficult anatomic locations.<br><br>• The quick-connecting interface between the dressing tubing and canister tubing provides an easy and secure attachment (2).<br><br>https://www.medela.in/healthcare/products/npwt/invia-npwt-dressings |

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

| | |
|---|---|
| | <br>https://www.medelahealthcare.com/en-US/solutions/negative-pressure-wound-therapy/invia-liberty-npwt-pump |
| [12d] a waste container in fluid communication with said vacuum source. | Medela's Invia Liberty NPWT system includes Invia White Foam, which absorbs exudate, is part of the NPWT apparatus, and is in fluid communication with the vacuum source. Additionally, Medela offers canisters with built-in solidifiers for convenient disposal of waste for the Invia Liberty.<br><br>The following exemplifies this limitation's existence in Accused Systems:<br><br>**Invia White Foam NPWT**<br><br>Invia White Foam is an open-cell polyvinyl alcohol (PVA) foam with hydrophilic properties and effectively absorbet to ensure reliable removal of **wound exudate**. |

CONFIDENTIAL ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGED

| | |
|---|---|
| | **Double-lumen tubing**<br><br>Double-lumen tubing for intelligent pressure control and dynamic exudate management.<br><br>Tubing with Quick-connector for easy and secure attachment.<br><br>https://www.medelahealthcare.com/en-US/solutions/negative-pressure-wound-therapy/invia-liberty-npwt-pump<br><br>**Accessories**<br><br>**Canisters for Invia Liberty**<br><br>- Two available sizes (300ml and 800ml) for maximum flexibility.<br>- Built-in bacteria filter.<br>- Self-sealing filter protects from liquids.<br>- Built-in solidifier for convenient disposal.<br>- Sterile, for single use.<br><br><br><br>https://www.medela.in/healthcare/products/npwt/accessories-invia-liberty-and-motion |